# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

MICHAEL WILLIAMSON,
Plaintiff,

v.  CASE NUMBER: 1:09-cv-1059-B

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
Defendant,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal entered in the above-styled matter on 12/10/2009, this case is hereby Dismissed with prejudice.

**APPROVED:**

                                          s/J. Daniel Breen
                                          United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**